*Ramos, J.*

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PRISCILLA FONTANEZ and
FERNANDO DEJESUS,                                      12-cv-1582 (ER) (PED)

                            Plaintiffs,
              v.                                       **NOTICE OF VOLUNTARY**
                                                       **DISMISSAL**
ROMEO SKEPPLE and
WESTCHESTER COUNTY,

                            Defendants.
--------------------------------------------------------------x


To:    Hon. Edgardo Ramos
       U.S. District Judge, S.D.N.Y.
       U.S. Courthouse
       300 Quarropas Street
       White Plains, NY 10601


       Please take notice that plaintiff Fernando DeJesus, only, voluntarily dismisses all claims

against defendants Romeo Skepple and Westchester County.


Dated: April 17, 2012
       Ossining, New York


                                             _____
                                             Michael A. Deem, Esq. (MD8158)
                                             Attorney for Plaintiff
                                             95 Croton Avenue, Suite 37-T
                                             Ossining, NY 10562
                                             Ph: (914) 502-0395
                                             Fax: (914) 502-0397


*So Ordered :*

_____
U.S.D.J. Edgardo Ramos

Dated: April 19, 2012
       White Plains, NY